# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MESCHELL HALE

NO. 2022 KW 1351

**DECEMBER 20, 2022**

---

In Re: Meschell Hale, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 618,0117.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

**STAY GRANTED.** The district court's ruling granting the defendant's motion for postconviction bond is stayed pending further orders of this court.

                    **JEW**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT